UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL GILBERT,

        Plaintiff,

    v.

SCHNEIDER NATIONAL, INC., et. al.,

        Defendants.
_____/

NO.  CIV. S-09-2166 FCD KJM

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representation of parties, in the above action, the court has determined that this case has settled.

    In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before September 10, 2010.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: July 22, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE