|   |   |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Kristina M. Launey (SBN 221335) |
| 2 | klauney@seyfarth.com |
|   | 400 Capitol Mall, Suite 2350 |
| 3 | Sacramento, California 95814-4428 |
|   | Telephone: (916) 448-0159 |
| 4 | Facsimile: (916) 558-4839 |
| 5 | SEYFARTH SHAW LLP |
|   | Mark Casciari (IL SBN: 3124121) |
| 6 | (admitted pro hac vice) |
|   | mcasciari@seyfarth.com |
| 7 | 131 South Dearborn Street, Suite 2400 |
|   | Chicago, IL 60603 |
| 8 | Telephone:  (312) 460-5000 |
|   | Facsimile:  (312) 460-7000 |
| 9 |   |
|   | Attorneys for Defendants |
| 10 | SCHNEIDER NATIONAL, INC., |
|   | SCHNEIDER NATIONAL BULK CARRIERS, INC., |
| 11 | and SCHNEIDER NATIONAL CARRIERS, INC. |
| 12 |   |
|   | LAW OFFICES OF JEREMY PASTERNAK |
| 13 | A Professional Corporation |
|   | Jeremy Pasternak (SBN: 181618) |
| 14 | Anthony Oceguera (SBN: 259117) |
|   | 445 Bush St., Sixth Floor |
| 15 | San Francisco, CA  94108 |
|   | Telephone:  (415) 693-0300 |
| 16 | Facsimile:  (415) 693-0393 |
| 17 | Attorneys for Plaintiff |
|   | DANIEL GILBERT |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DANIEL GILBERT | ) | Case No. 2:09-CV-02166-FCD-KJM |
|---|---|---|
|         Plaintiff, | ) | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS SCHNEIDER NATIONAL, INC., SCHNEIDER NATIONAL BULK CARRIERS, INC., AND SCHNEIDER NATI ONAL CARRIERS, INC.** |
|         v. | ) | |
| SCHNEIDER NATIONAL, INC., a Corporation of unknown origin; SCHNEIDER NATIONAL BULK CARRIERS, Inc., a Nevada Corporation; SCHNEIDER NATIONAL WEST, Inc., An Oregon Corporation; SCHNEIDER NATIONAL CARRIERS, Inc., A Louisiana Corporation. | ) ) ) ) ) ) ) ) | Complaint Filed: August 6, 2009  Judge: Hon. Frank. C. Damrell |
|         Defendants. | ) | |

-1-

1   IT IS HEREBY STIPULATED by Plaintiff, DANIEL GILBERT, and Defendants SCHNEIDER NATIONAL, INC., SCHNEIDER NATIONAL BULK CARRIERS, INC., and SCHNEIDER NATIONAL CARRIERS, INC., ("Defendants") by and through their designated counsel of record that Defendants be and hereby are dismissed **WITH PREJUDICE** pursuant to FRCP 41.

DATED: August 25, 2010                    SEYFARTH SHAW LLP


                                          By  /s/ Kristina M. Launey
                                                  Kristina M. Launey
                                                  Mark Casciari
                                          Attorneys for Defendants
                                          SCHNEIDER NATIONAL, INC.,
                                          SCHNEIDER NATIONAL BULK CARRIERS,
                                          INC., and SCHNEIDER NATIONAL
                                          CARRIERS, INC.


DATED: August 25, 2010                    LAW OFFICES OF JEREMY PASTERNAK


                                          By  /s/ Jeremy Pasternak
                                                  Jeremy Pasternak
                                          Attorneys for Plaintiff
                                          DANIEL GILBERT


**ORDER**

IT IS SO ORDERED.

Dated: August 25, 2010

                                          _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE